Order entered October 31, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00199-CV

### BOARD OF ADJUSTMENT OF THE CITY OF DALLAS, Appellant

V.

### BILLINGSLEY FAMILY LIMITED PARTNERSHIP, Appellee

On Appeal from the 193rd District Court
Dallas County, Texas
Trial Court Cause No. DC-10-14095-L

## ORDER

The Court has before it appellant's August 20, 2012 motion for extension of time to file its reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed within ten days of the date of this order.

MOLLY FRANCIS
JUSTICE